FILED
2011 DEC -8 PM 12:5-
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | 4:11CR573 |
| | ) | CASE NO. ______ |
| v. | ) | JUDGE PEARSON |
| | ) | Title 18, United States Code, Section 2; |
| CLIFFORD SMITH, | ) | Title 18, United States Code, Section |
| aka CJ, | ) | 1028A (a)(1); |
| MUSA NASSAR, | ) | Title 18, United States Code, Section 1341; |
| JON FOSTER, | ) | Title 18, United States Code, Section 1343; |
| DONTE STEWART, | ) | Title 18, United States Code, Section 1349; |
| BILLY ST. CLAIR, | ) | Title 18, United States Code, Section 1344. |
| ADAM BAILEY, | ) | |
| TYME HAMMOND, | ) | |
| KEVIN MOSES, | ) | |
| KELVAN ELKINS, | ) | |
| JASON MARTIN, | ) | |
| | ) | |
| Defendants. | ) | |

COUNT 1

**(Conspiracy to Commit Wire Fraud)**

The Grand Jury charges:

**Introduction**

A. "eBay" is an online market place for buyers and sellers to trade and/or buy almost anything, i.e., personal property, real estate, tickets for functions, etc. eBay functions by

allowing a seller to list an item or items on the website for prospective bidders or buyers. The seller chooses to accept only bids for the item or to allow buyers to purchase the item at a fixed price. Once a buyer wins the bid on an item or agrees to buy the item at a fixed price, payment for the item is made to the seller via a method specified by the seller. Typically, payment is made through credit cards or by use of a "PayPal" account.

B. "PayPal" is an online service company devoted to facilitating global commerce. The service allows anyone to establish an account, which allows online payment in a form chosen by the account holder. Typically, the payment form is through use of a credit card or bank account. PayPal makes the payment to the seller in transactions between account holders directly to the seller's bank account by wire transfer.

C. Asurion Protection Services, L.L.C. (hereinafter Asurion), located in Kansas City, Missouri, markets, administers and services insurance and related protection programs with wireless service providers, including AT&T, Sprint, Verizon, and T-Mobile. The Asurion insurance and protection programs are generally sold through the service providers and cover cellular telephones sold and serviced by the service provider. Such insurance protection must be active on the claimed cellular telephone number at the time of the loss. Asurion sends a replacement cellular telephone to the insured when a claim for loss or damage is made to Asurion under the insured protection program for the cellular telephone. A claimant receiving a replacement cellular telephone can request shipment to an alternate address. Shipments of replacement cellular telephones are made via commercial interstate carriers. Asurion shipments are made via United Parcel Service (UPS), a commercial interstate carrier, from an Asurion

facility located in Smyrna, Tennessee. Asurion sends e-mail notification to the subscriber, which contains the UPS tracking number for the shipment.

**1. The Violation**

From on or about January 9, 2007, through on or about June 23, 2011, in the Northern District of Ohio, Eastern Division, and elsewhere, CLIFFORD SMITH, aka CJ, MUSA NASSAR, JON FOSTER, DONTE STEWART, BILLY ST. CLAIR, ADAM BAILEY, TYME HAMMOND, KEVIN MOSES, KELVAN ELKINS, JASON MARTIN, and others known and unknown to the Grand Jury, did unlawfully, willfully and knowingly combine, conspire, confederate and agree with one another to commit certain offenses against the United States, that is, violations of Title 18, United States Code, Section 1343 (Wire Fraud), and Section 1341 (Mail Fraud).

**2. Manner and Means of the Conspiracy**

The manner and means by which the conspiracy was conducted included, among others, the following:

A. It was part of the conspiracy that from on or about January 9, 2007, through on or about June 23, 2011, on multiple occasions the defendants CLIFFORD SMITH, aka CJ, MUSA NASSAR, JON FOSTER, DONTE STEWART, BILLY ST. CLAIR, ADAM BAILEY, TYME HAMMOND, KEVIN MOSES, KELVAN ELKINS, and JASON MARTIN, (hereinafter the DEFENDANTS), while in the Northern District of Ohio and elsewhere, made false statements and submitted false insurance claims to Asurion, in order to receive replacement cellular telephones and other property.

B. It was further part of the conspiracy that the DEFENDANTS made false statements and fraudulently placed purchase orders for cellular telephones from the following cellular telephone companies: AT&T, Sprint, Verizon, and T-Mobile.

C. As a result of the false claims and information provided by the DEFENDANTS, Asurion, AT&T, Sprint, Verizon, and T-Mobile, shipped or mailed cellular telephones and other items, via the United State Postal Service, Fed-Ex, and other private or commercial interstate carriers from Smyrna, Tennessee, and elsewhere outside the State of Ohio, to the DEFENDANTS and others located in the Northern District of Ohio and elsewhere.

D. It was further part of the conspiracy that from on or about January 9, 2007 through on or about June 23, 2011, the DEFENDANTS, and others sold the fraudulently obtained cellular telephones via "eBay," an internet-based auction site. In order to do so, DEFENDANTS, and others transmitted interstate writings, signs, signals, and pictures by wire, to wit: the DEFENDANTS used eBay for advertising and selling the cellular telephones without disclosing that the cellular telephones had been fraudulently obtained.

E. It was further part of the conspiracy that from on or about January 9, 2007, through on or about June 23, 2011, the DEFENDANTS, and others, on multiple occasions assisted one another with selling the fraudulently obtained cellular telephones, thereby causing individuals who purchased cellular telephones through their Internet sites to transmit funds by interstate wire to PayPal, an Internet account service in California. The DEFENDANTS then caused PayPal to transmit funds by wire from computer servers outside the State of Ohio to bank accounts maintained by the DEFENDANTS and others, in the Northern District of Ohio and elsewhere.

F. It was further part of the conspiracy that cellular telephones obtained by the DEFENDANTS as described in paragraph B, were then sold to businesses or individuals, and the proceeds or payments from those sales were transferred by wire, postal, or direct payments to bank accounts held by the DEFENDANTS.

G. As a result of this scheme and artifice to defraud, the DEFENDANTS unlawfully obtained property and payments worth approximately $ 2,887,396.04.

All in violation of Title 18, United States Code, Section 1349.

COUNTS 2 through 85

**(Wire Fraud)**

The Grand Jury further charges:

1. On or about the dates specified in each Count below, in the Northern District of Ohio, Eastern Division, and elsewhere, the defendant or defendants named in each Count below, did knowingly devise and intend to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and caused to be transmitted by means of wire communications in interstate commerce, writings, signals, pictures, and sounds for the purpose of executing such scheme or artifice.

2. It was a part of the scheme and artifice to defraud that on or about or during the dates specified, and on multiple occasions, the defendant(s) named in each Count below, while in the Northern District of Ohio and elsewhere, made false and fraudulent insurance claims to Asurion Protection Services, Inc. (hereinafter Asurion), in order to obtain replacement cellular telephones and other items.

3. It was further part of the scheme and artifice to defraud that the defendants made false and fraudulent statements to place orders to obtain cellular telephones and other items, from the following cellular telephone companies: AT&T, Sprint, Verizon, and T-Mobile.

4. It was further a part of the scheme and artifice to defraud that from on or about the dates specified in each count below, in the Northern District of Ohio, Eastern Division, and elsewhere, the named defendant(s), having knowingly devised and intending to devise a scheme and artifice to defraud, and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing and attempting to execute the scheme and artifice to defraud, did transmit and cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, and pictures, to wit: Internet postings, e-mail communications and money transfers, from and to the named defendant(s) and others acting in his behalf, in the vicinity of Youngstown, Ohio, and elsewhere. Specifically, the defendants, on multiple occasions, used eBay, an Internet-based auction site, to sell the fraudulently obtained cellular telephones. In order to do so, the defendants transmitted writings, signs, signals, and pictures by wire, to wit: the defendants used eBay to advertise the cellular telephones, without disclosing that the cellular telephones had been fraudulently obtained.

5. It was further a part of the scheme and artifice to defraud that from on or about the dates specified below, the named defendant(s), alone or with assistance from another, on multiple occasions, caused individuals who purchased cellular telephones from eBay, an Internet auction site, to transmit funds by wire to PayPal, an Internet account service in the State of California. The defendant(s), alone or with the assistance from another, then caused PayPal to transmit funds in interstate commerce by means of wire communication, writing, signs and pictures from computer servers outside the State of Ohio, to bank accounts maintained by the specified

defendant (s) or another, acting in complicity with the defendant(s), in the Northern District of Ohio and elsewhere.

6. The activities described in paragraphs 1 through 5 are incorporated in each count described below, such activities being committed or caused to be committed by the DEFENDANTS between on or about the dates of January 9, 2007 and on or about June 23, 2011, resulting in multiple wire transfers being transmitted by PayPal and other companies to the DEFENDANTS or another on behalf of the DEFENDANTS, including the following wire transfers, each of which constitutes a separate count of this indictment:

| COUNT | Dates | Defendant(s) Charged | Wire Transferor Company / Dollar Amount (if applicable) |
|---|---|---|---|
| 2 | January 22, 2007 | BILLY ST. CLAIR | PayPal / $ 7,000.00 |
| 3 | February 22, 2007 | MUSA NASSAR | PayPal / $ 8,000.00 |
| 4 | April 13, 2007 | MUSA NASSAR | PayPal / $ 3,904.00 |
| 5 | April 15, 2007 | MUSA NASSAR | PayPal / $ 1,843.00 |
| 6 | April 16, 2007 | MUSA NASSAR | PayPal / $11,182.00 |
| 7 | April 20, 2007 | BILLY ST. CLAIR | PayPal / $ 8,000.00 |
| 8 | June 8, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,750.00 |
| 9 | June 13, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,275.00 |
| 10 | June 14, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 1,905.00 |
| 11 | August 6, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 6,200.00 |
| 12 | August 7, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,660.00 |
| 13 | August 11, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 8,400.00 |

| | | | |
|---|---|---|---|
| 14 | August 14, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 8,400.00 |
| 15 | August 15, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 8,000.00 |
| 16 | August 19, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 13,400.00 |
| 17 | August 25, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,600.00 |
| 18 | August 22, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 13,400.00 |
| 19 | September 25, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 9,000.00 |
| 20 | September 26, 2007 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 4,000.00 |
| 21 | November 23, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 1,928.92 |
| 22 | November 27, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 2,688.00 |
| 23 | November 28, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 1,683.96 |
| 24 | November 30, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 1,712.97 |
| 25 | December 2, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 1,921.47 |
| 26 | December 3, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 2,932.01 |
| 27 | December 4, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 2,960.11 |
| 28 | December 18, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 6,663.51 |
| 29 | December 19, 2007 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 2,894.47 |
| 30 | January 11, 2008 | KELVAN ELKINS and CLIFFORD J. SMITH, aka CJ | PayPal / $ 375.00 |

| | | | |
|---|---|---|---|
| 31 | January 16, 2008 | KELVAN ELKINS and CLIFFORD J. SMITH, aka CJ | PayPal / $ 600.00 |
| 32 | January 14, 2008 | KELVAN ELKINS and CLIFFORD J. SMITH, aka CJ | PayPal / $ 600.00 |
| 33 | January 15, 2008 | KELVAN ELKINS and CLIFFORD J. SMITH, aka CJ | PayPal/$ 600.00 |
| 34 | March 23, 2008 | MUSA NASSAR | PayPal / $ 1,059.00 |
| 35 | March 24, 2008 | MUSA NASSAR | PayPal / $ 1,304.40 |
| 36 | March 26, 2008 | MUSA NASSAR | PayPal / $ 1,771.46 |
| 37 | April 8, 2008 | MUSA NASSAR | PayPal / $ 4,195.02 |
| 38 | April 30, 2008 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,061.00 |
| 39 | May 7, 2008 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,400.00 |
| 40 | May 23, 2008 | DONTE STEWART and CLIFFORD J. SMITH, aka CJ | PayPal / $ 457.70 |
| 41 | May 27, 2008 | DONTE STEWART and CLIFFORD J. SMITH, aka CJ | PayPal / $ 450.00 |
| 42 | June 12, 2008 | TYME HAMMOND | PayPal / $ 1,483.75 |
| 43 | June 15, 2008 | TYME HAMMOND | PayPal / $ 1,023.54 |
| 44 | June 16, 2008 | TYME HAMMOND | PayPal / $ 2,000.00 |
| 45 | June 18, 2008 | TYME HAMMOND | PayPal / $ 1,900.00 |
| 46 | June 23, 2008 | TYME HAMMOND | PayPal / $ 2,750.00 |
| 47 | July 28, 2008 | DONTE STEWART | PayPal / $ 1,700.00 |
| 48 | August 5, 2008 | KEVIN MOSES, JR. | PayPal / $ 204.00 |
| 49 | August 11, 2008 | KEVIN MOSES, JR. | PayPal / $ 410.23 |
| 50 | August 13, 2008 | KEVIN MOSES, JR. | PayPal / $ 631.19 |

| | | | |
|---|---|---|---|
| 51 | August 13, 2008 | KEVIN MOSES, JR. and CLIFFORD J. SMITH, aka CJ | PayPal / $ 2,625.00 |
| 52 | August 14, 2008 | KEVIN MOSES, JR. and CLIFFORD J. SMITH, aka CJ | PayPal / $ 1,445.00 |
| 53 | August 18, 2008 | KEVIN MOSES, JR. and CLIFFORD J. SMITH, aka CJ | PayPal / $ 2,880.00 |
| 54 | September 2, 2008 | KEVIN MOSES, JR. and CLIFFORD J. SMITH, aka CJ | PayPal / $ 5,230.00 |
| 55 | September 25, 2008 | BILLY St. CLAIR and CLIFFORD J. SMITH, aka CJ | PayPal / $ 6,500.00 |
| 56 | September 29, 2008 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 1,849.98 |
| 57 | October 7, 2008 | DONTE STEWART | PayPal / $ 2,200.00 |
| 58 | October 16, 2008 | DONTE STEWART | PayPal / $ 2,500.00 |
| 59 | October 20, 2008 | DONTE STEWART | PayPal / $ 2,500.00 |
| 60 | October 27, 2008 | DONTE STEWART | PayPal / $ 2,550.00 |
| 61 | October 29, 2008 | DONTE STEWART | PayPal / $ 2,600.00 |
| 62 | November 3, 2008 | ADAM BAILEY and MUSA NASSAR | Pay Pal / $ 5,600.24 |
| 63 | November 5, 2008 | ADAM BAILEY and MUSA NASSAR | Pay Pal / $ 7,160.87 |
| 64 | November 10, 2008 | MUSA NASSAR and ADAM BAILEY | PayPal / $ 5,785.41 |
| 65 | November 13, 2008 | MUSA NASSAR and ADAM BAILEY | PayPal / $ 4,210.25 |
| 66 | November 14, 2008 | MUSA NASSAR and ADAM BAILEY | PayPal / $ 4,000.00 |
| 67 | November 17, 2008 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 7,000.00 |

| | | | |
|---|---|---|---|
| 68 | November 21, 2008 | MUSA NASSAR and ADAM BAILEY | PayPal / $ 2,483.49 |
| 69 | November 22, 2008 | ADAM BAILEY and MUSA NASSAR | PayPal / $ 5,000.00 |
| 70 | November 29, 2008 | DONTE STEWART | PayPal / $ 1,700.00 |
| 71 | December 1, 2008 | DONTE STEWART | PayPal / $ 1,100.00 |
| 72 | January 22, 2009 | BILLY ST. CLAIR | PayPal / $ 1,000.00 |
| 73 | January 29, 2009 | CLIFFORD J. SMITH, aka CJ | PayPal / $12,100.00 |
| 74 | February 12, 2009 | CLIFFORD J. SMITH, aka CJ | PayPal/ $ 4,287.03 |
| 75 | February 13, 2009 | MUSA NASSAR | PayPal / $ 583.35 |
| 76 | February 17, 2009 | MUSA NASSAR | PayPal / $ 615.38 |
| 77 | February 19, 2009 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 2,061.21 |
| 78 | May 3, 2009 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 3,583.00 |
| 79 | May 16, 2009 | CLIFFORD J. SMITH, aka CJ | PayPal / $ 6,500.00 |
| 80 | August 5, 2009 | ADAM BAILEY | PayPal / $ 4,870.19 |
| 81 | April 8, 2010 | JON FOSTER | Sprint / $ 8,719.20 |
| 82 | July 6, 2010 | JASON MARTIN | Sprint / $ 14,591.33 |
| 83 | July 14, 2010 | JASON MARTIN | AT&T / $ 18,563.12 |
| 84 | August 5, 2010 | JASON MARTIN | Verizon / $238,138.04 |
| 85 | August 13, 2010 | JASON MARTIN | T-Mobile / $30,508.56 |

All in violation of Title 18, United States Code, Sections 1343 and 2.

COUNTS 86 through 97

**(Mail Fraud)**

The Grand Jury further charges:

1. On or about or during the dates specified in each Count below, in the Northern District of Ohio, Eastern Division and elsewhere, the defendants named in each Count below, did knowingly devise and intend to devise a scheme and artifice to defraud and obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing such scheme and artifice and attempting so to do, placed or caused to be placed cellular telephones to be sent and delivered by the United States Postal Service, and private or commercial interstate carrier, according to the direction thereon, and at the place at which it was directed to be delivered by the person to whom it was addressed.

2. It was part of the scheme and artifice to defraud, on or about the dates specified, and on multiple occasions, the defendants named in each Count below, while in the Northern District of Ohio and elsewhere, made false and fraudulent statements to place orders to obtain cellular telephones and other items from the following cellular telephone companies: Sprint, Verizon, and T-Mobile, as well as insurance claims, with Asurion Protection Services (hereinafter Asurion), to receive replacement cellular telephones.

3. For the purpose of executing the scheme and artifice to defraud that on or about the dates specified, the named DEFENDANTS caused Sprint, Verizon, T-Mobile, and Asurion to place in any Post Office or authorized depository for mail matter and deposit for sending or delivery by any private or commercial interstate carrier, cellular telephones and other items, via the United States Postal Service, FedEx, and other private or commercial interstate carriers to be delivered from outside the State of Ohio, to the defendants(s) and others in the Northern District

of Ohio and elsewhere. As a result of the fraudulent conduct, the companies specified in each Count sustained losses as specified in each Count.

4. The activities described in paragraphs 1 through 3 occurred from on or about January 22, 2010, through on or about June 23, 2011, including the following dates, and were conducted by the following defendants, each shipment constituting a separate count of this indictment:

| COUNT | Date | Defendant(s) Charged | Company |
|---|---|---|---|
| 86 | January 22, 2010 | MUSA NASSAR | Sprint / $ 79,472.16 |
| 87 | February 2, 2010 | MUSA NASSAR | AT&T / $ 31,357.93 |
| 88 | May 14, 2010 | JON FOSTER | T-Mobile / $ 26,380.60 |
| 89 | May 15, 2009 | CLIFFORD J. SMITH, aka CJ | Asurion / $ 840.00 |
| 90 | May 27, 2009 | KELVAN ELKINS and CLIFFORD J. SMITH, aka CJ | Asurion / $ 4,200.00 |
| 91 | June 21, 2010 | MUSA NASSAR | T-Mobile / $ 70,150.59 |
| 92 | August 3, 2010 | JON FOSTER | Verizon / $ 22,598.48 |
| 93 | August 14, 2010 | JASON MARTIN | Verizon / $238,138.04 |
| 94 | August 17, 2010 | JASON MARTIN | Verizon / as specified in Count 94 |
| 95 | January 24, 2011 | JON FOSTER | Sprint |
| 96 | June 23, 2011 | JON FOSTER | Asurion / $ 18,243.00 |

All in violation of Title 18, United States Code, Sections 1341 and 2.

COUNT 97

**(Aggravated Identity Theft)**

The Grand Jury further charges:

From on or about April 27, 2008, through on or about February 19, 2009, in the Northern District of Ohio, Eastern Division, during and in relation to a felony violation of Title 18, United States Code, Section 1343, the defendant, CLIFFORD J. SMITH, aka CJ, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: TH, a real person whose identity is known to the Grand Jury, knowing that the means of identification belonged to another person. All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 98

**(Aggravated Identity Theft)**

The Grand Jury further charges:

From on or about April 23, 2008, through on or about May 11, 2008, in the Northern District of Ohio, Eastern Division, during and in relation to a felony violation of Title 18, United States Code, Section 1343, the defendant, CLIFFORD J. SMITH, aka CJ, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: SH, a real person whose identity is known to the Grand Jury, knowing that the means of identification belonged to another person. All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 99

**(Aggravated Identity Theft)**

The Grand Jury further charges:

From on or about May 1, 2008, through on or about May 31, 2008, the exact dates unknown by the Grand Jury, in the Northern District of Ohio, Eastern Division, during and in relation to a felony violation of Title 18, United States Code, Section 1343, the defendant, DONTE STEWART, knowingly possessed and used, without lawful authority, a means of identification of another person, to wit: BB, a real person whose identity is known to the Grand Jury, knowing that the means of identification belonged to another person. All in violation of Title 18, United States Code, Section 1028A(a)(1).

COUNT 100

**(Bank Fraud)**

The Grand Jury further charges:

From on or about June 11, 2009, through on or about August 4, 2009, in the Northern District of Ohio, Eastern Division, the defendant, CLIFFORD J. SMITH, aka CJ, did knowingly execute and attempt to execute a scheme and artifice to defraud National City Bank, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, and to obtain monies, funds, credits, assets, securities, and other property owned by and under the custody and control of said financial institution, by means of false and fraudulent pretenses, representations, and promises.

It was part of the scheme and artifice to defraud that on multiple occasions during the time period alleged herein, CLIFFORD J. SMITH, aka CJ, the defendant made purchases on a credit card issued by National City Bank and paid for the purchases using fictitious bank

accounts. As a result of the Defendant's fraudulent conduct, National City Bank sustained a loss totaling approximately $ 6,990.

All in violation of Title 18, United States Code, Section 1344.

COUNT 101

**(Bank Fraud)**

The Grand Jury further charges:

From on or about November 3, 2009, through on or about December 14, 2009, in the Northern District of Ohio, Eastern Division, the defendant, CLIFFORD J. SMITH, aka CJ, did knowingly execute and attempt to execute a scheme and artifice to defraud U.S. Bank, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, and to obtain monies, funds, credits, assets, securities, and other property owned by and under the custody and control of said financial institution, by means of false and fraudulent pretenses, representations, and promises.

It was part of the scheme and artifice to defraud that on multiple occasions during the time period alleged herein, CLIFFORD J. SMITH, aka CJ, made overpayments on his U.S. Bank credit card in order to inflate the credit limit. The overpayments were paid from fictitious bank accounts. As a result of the Defendant's fraudulent conduct, U.S. Bank sustained a loss totaling approximately $ 13,322.80.

All in violation of Title 18, United States Code, Section 1344.

COUNT 102

**(Bank Fraud)**

The Grand Jury further charges:

On or about December 11, 2009, in the Northern District of Ohio, Eastern Division, the defendant, JON FOSTER, did knowingly execute and attempt to execute a scheme and artifice to defraud U.S. Bank, a financial institution whose deposits were then insured by the Federal Deposit Insurance Corporation, and to obtain monies, funds, credits, assets, securities, and other property owned by and under the custody and control of said financial institution, by means of false and fraudulent pretenses, representations, and promises.

It was part of the scheme and artifice to defraud that on December 11, 2009, JON FOSTER deposited a check for $ 6,873.00 into his U.S. Bank account, then withdrew money and made check card purchases based on this check deposit, which was subsequently returned for insufficient funds. As a result of the Defendant's fraudulent conduct, U.S. Bank sustained a loss totaling approximately $ 5,191.60.

All in violation of Title 18, United States Code, Section 1344.

**FORFEITURE**

The Grand Jury further charges:

1. The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. As a result of the offense alleged in Count 1 of this Indictment, CLIFFORD SMITH, aka CJ, MUSA NASSAR, JON FOSTER, DONTE STEWART, BILLY ST. CLAIR, ADAM BAILEY, TYME HAMMOND, KEVIN MOSES, KELVAN ELKINS, and JASON

MARTIN, the defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of Count 1.

**FORFEITURE: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

(Counts 2 through 85)

The Grand Jury further charges:

1. The allegations contained in Counts 2 through 85, inclusive, of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. As a result of the offenses alleged in Counts 2 through 85, inclusive, of this Indictment, CLIFFORD SMITH, aka CJ, MUSA NASSAR, JON FOSTER, DONTE STEWART, BILLY ST. CLAIR, ADAM BAILEY, TYME HAMMOND, KEVIN MOSES, KELVAN ELKINS, and JASON MARTIN, the defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of Counts 2 through 85, inclusive.

**FORFEITURE: 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)**

(Counts 86 through 97)

The Grand Jury further charges:

1. The allegations contained in Counts 86 through 97, inclusive, of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. As a result of the offenses alleged in Counts 86 though 97, inclusive, of this Indictment, CLIFFORD SMITH, aka CJ, MUSA NASSAR, JON FOSTER, KELVAN ELKINS, and JASON MARTIN, defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to the commission of Counts 86 through 97, inclusive.

**FORFEITURE: 18 U.S.C. § 982(a)(2)(B)**

(Counts 98 through 100)

The Grand Jury further charges:

1. The allegations contained in Counts 98 through 100, inclusive, of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B).

2. As a result of the offenses alleged in Counts 98 though 100, inclusive, of this Indictment, CLIFFORD SMITH, aka CJ, and DONTE STEWART, defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(B), all property constituting, or derived from, proceeds they obtained directly or indirectly, as the result of the commission of Counts 98 through 100, inclusive.

**FORFEITURE: 18 U.S.C. § 982(a)(2)(A)**

(Counts 101 through 102)

The Grand Jury further charges:

1. The allegations contained in Counts 101 through 103, inclusive, of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(A).

2. As a result of the offenses alleged in Counts 101 though 103, inclusive, of this Indictment, CLIFFORD SMITH, aka CJ, and JON FOSTER, defendants herein, shall forfeit to the United States, pursuant to 18 U.S.C. § 982(a)(2)(A), all property constituting, or derived from, proceeds they obtained directly or indirectly, as the result of the commission of Counts 101 through 103, inclusive.

**SUBSTITUTE PROPERTY**

In the event that any property subject to forfeiture under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), 18 U.S.C. § 982(a)(2)(B), and 18 U.S.C. § 982(a)(2)(A), as a result of any act or omission of the defendant(s):

1. cannot be located upon exercise of due diligence;
2. has been transferred or sold to, or deposited with a third party;
3. has been placed beyond the jurisdiction of this Court;
4. has been substantially diminished in value; or,
5. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) [as incorporated by 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)(1)], to seek forfeiture of any other property of the defendant(s), up to the value of the forfeitable property described above.

A TRUE BILL.

Original document -- Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.