FILED
2011 DEC -8 PM 12:56
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR573 |
| Plaintiff, | ) | CASE NO. |
| v. | ) | JUDGE PEARSON |
| CLIFFORD SMITH, aka CJ, MUSA NASSAR, JON FOSTER, DONTE STEWART, BILLY ST. CLAIR, ADAM BAILEY, TYME HAMMOND, KEVIN MOSES, KELVAN ELKINS, JASON MARTIN, | ) | MOTION TO SEAL INDICTMENT |
| Defendants, | ) | |

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Blas E. Serrano, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s): there is a risk of flight if the Indictment is made public before defendants are arrested. The government further requests this Court to order that an Assistant United States Attorney of the Criminal

Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should any defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district. See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

STEVEN M. DETTELBACH
United States Attorney

By: ______________________

Blas E. Serrano
Assistant U.S. Attorney
Reg. No. 0009879
400 United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113
Telephone No.: (216) 622-3873
Facsimile No.: (216) 522-8355
E-Mail: Blas.Serrano@usdoj.gov